**Order entered June 3, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01000-CV

### IN THE INTEREST OF K.J.B., A CHILD

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-57199-2019**

## ORDER

Before the Court are appellee's May 31, 2022 motion for an extension of time to file her brief and appellant's response opposing the motion. We **GRANT** the motion and extend the time to **July 1, 2022**.

/s/　　KEN MOLBERG
　　　　JUSTICE